**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-2773

| | | |
|---|---|---|
| Kevin Lamont Evans, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| James Washington; J. D. Kaver; | * | Western District of Missouri |
| JoAnn Mertens, | * | |
| | * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: February 3, 1998
Filed: May 27, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Kevin Lamont Evans, a Missouri inmate, appeals from the final judgment entered in the District Court[1] for the Western District of Missouri granting summary judgment to defendant prison officials in his 42 U.S.C. § 1983 action. After a careful review of the record and the parties' submissions on appeal, we affirm the judgment of the district court for the reasons stated in its order. See 8th Cir. R. 47B.

_____

[1]The Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.